BEFORE THE THIRD DIVISION, MAY 5, 1949

**No. 53106.**—Chong Kee Jan & Co. et al. *v.* United States, protests 796929–G, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53107.**—The Columbia Co. et al. *v.* United States, protests 848581–G, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53108.**—Quong Lee & Co. et al. *v.* United States, protests 941540–G, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53109.**—Wo Kee & Co. et al. *v.* United States, protests 25695–K, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.